**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50308 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00606-MWF |
| v. | |
| ALFREDO VASQUEZ-TALAMANTES, a.k.a. Alfredo Talamantes, a.k.a. Alfredo Vasquez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted August 13, 2014**

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

Alfredo Vasquez-Talamantes appeals from the 51-month sentence imposed

following his guilty-plea conviction for conspiracy to distribute marijuana, in

violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), 846.  Pursuant to *Anders v.*

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\**      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Vasquez-Talamantes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vasquez-Talamantes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Vasquez-Talamantes waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to any sentencing issues outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**